DEBORAH S. TROPP, ESQ. – BAR NO. 162613
CHRISTINA N. MEISSNER, ESQ. – BAR NO. 278714
McNEIL TROPP & BRAUN LLP
2 Park Plaza, Suite 620
Irvine, California 92614
Ph: (949) 259-2890; Fax: (949) 259-2891
dtropp@mtbattorneys.com; cmeissner@mtbattorneys.com

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA MAGDALENO,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a Washington Corporation; and DOES 1-50, Inclusive,<br><br>Defendants. | CASE NO. 2:18-cv-08390-RGK-AS<br><br>**[PROPOSED]** JUDGMENT ON DEFENDANT COSTCO WHOLESALE CORPORATION'S MOTION FOR SUMMARY JUDGMENT<br><br>*[Filed concurrently with Notice of Motion and Motion for Summary Judgment; Memorandum of Points and Authorities; Statement of Undisputed Facts and Conclusions of Law; Declaration Christina N. Meissner, Esq. Ned Wolfe, P.E.; Declaration of Gloria Gonzales; Declaration of Elidia Velasquez; and Proposed Order]*<br><br>Date: July 8, 2019<br>Time: 9:00 a.m.<br>Crtrm: 850, 8th Floor |

This action came on for hearing before the Court on July 8, 2019, the Honorable R. Gary Klausner, District Judge Presiding, on a Motion for Summary Judgment filed by Defendant Costco Wholesale Corporation, a decision having been duly rendered, it is ordered and adjudged that Plaintiff, Yolanda Magdaleno take nothing, that the action be dismissed on the merits, and that Defendant Costco Wholesale Corporation recover its costs.

**IT IS SO ORDERED.**

Dated: July 29, 2019

*Gary Klausner*

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 2 Park Plaza, Suite 620, Irvine, CA 92614.

I am not a party to the above-entitled action. I have caused service of the **[PROPOSED] JUDGMENT ON DEFENDANT COSTCO WHOLESALE CORPORATION'S MOTION FOR SUMMARY JUDGMENT** by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice, on the following:

| | |
|---|---|
| Daniel A. Gibalevich, Esq.<br>Rachel E. Fishenfeld, Esq.<br>Ashley G. Soto, Esq.<br>DAG LAW FIRM, APC<br>6300 Wilshire Blvd., Suite 1440<br>Los Angeles, CA 90048 | **Attorneys for Plaintiff**<br>**YOLANDA MAGDALENO**<br><br>*Ph:   (323) 930-2020*<br>*Fax:  (323) 930-2225* |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 10, 2019 at Irvine, California.

*/s/ Christina Meissner*
Christina Meissner